Hon. A. H. F. Seeger is hereby appointed a member of the Committee on

Character for the unexpired term of Hon. Halstead Scudder, Deceased.— Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Henry P. Albrechtsen, Respondent, v. Susie H. Loretz, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.